United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN MEDIA ART e.k.,<br><br>    Plaintiff,<br><br>    v.<br><br>DOES 1 – 44, inclusive,<br><br>    Defendants. | Case No.: 11-03770 (JSC)<br><br>**ORDER TO SHOW CAUSE** |

      On November 7, 2011, Plaintiff was notified that the Case Management Conference ("CMC") was rescheduled to January 12, 2012 and Plaintiff was ordered to submit a CMC statement by January 5, 2012. (Dkt. No. 14).  Plaintiff failed to submit a CMC statement by this date and failed to attend the CMC set for today.  Moreover, Plaintiff has not communicated with the Court in any way regarding the CMC.

      Accordingly, Plaintiff is ordered to show cause why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41 for failure to prosecute.  The Court will address this matter at the case management conference which the Court continues until February 2, 2012 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The CMC statement shall be filed by January 26, 2012.

      Failure to comply with this order may result in the dismissal of this action.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: January 12, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE