IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERLIN MEDIA ART e.k.,

    Plaintiff,

  v.

DOES 1 – 44, inclusive,

    Defendants.

Case No.: 11-03770 (JSC)

**ORDER DISCHARGING ORDER TO SHOW CAUSE (Dkt. No. 23)**

On January 12, 2012, the Court issued an Order to Show Cause (Dkt. No. 23) after Plaintiff failed to attend the Case Management Conference scheduled for that date. The Court has reviewed Plaintiff's response to the Order to Show Cause and hereby DISCHARGES the Order to Show Cause.

The Case Management Conference is reset for March 8, 2012 at 1:30 p.m., in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall file an updated Case Management Conference statement by March 1, 2012.

**IT IS SO ORDERED.**

Dated: January 30, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE